## **EXHIBIT C**

### **DOCKET IN STATE COURT LAWSUIT**

*The state court case file is too large to print or e-file all at once. Counsel will supplement this filing speedily in the increments allowed by paper or technology to complete this exhibit.*