UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| ERICA LAFFERTY; DAVID WHEELER; FRANCINE WHEELER; JACQUELINE BARDEN; MARK BARDEN; NICOLE HOCKLEY; IAN HOCKLEY; JENNIFER HENSEL; JEREMY RICHMAN; DONNA SOTO; CARLEE SOTO-PARISI; CARLOS M. SOTO; JILLIAN SOTO; AND WILLIAM ALDENBERG, <br><br> Plaintiffs, <br><br> v. <br><br> ALEX EMRIC JONES; FREE SPEECH SYSTEMS, LLC, <br><br> Defendants. | ADV. PROC. NO. 22-05019 <br><br> AUGUST 3, 2022 |

## NOTICE OF APPEARANCE

Please enter my appearance as attorney for David Wheeler, Francine Wheeler, Jacqueline Barden, Mark Barden, Nicole Hockley, Ian Hockley, Jennifer Hensel, Donna Soto, Carlee Soto-Parisi, Carlos M. Soto, Jillian Soto, William Aldenberg, and Richard M. Coan, Trustee of the Bankruptcy Estate of Erica L.Garbatini f/k/a Erica Lafferty, the plaintiffs in the above-captioned matter.

Dated at Bridgeport, Connecticut, this 3rd day of August 2022.

By:    /s/ *Alinor C. Sterling*
Alinor C. Sterling (Fed. Bar No. ct17207)
Koskoff, Koskoff & Bieder PC
350 Fairfield Avenue
Bridgeport, CT 06604
Telephone: (203) 336-4421
Facsimile: (203) 368-3244
Email: asterling@koskoff.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2022, a copy of foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by First Class mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ *Alinor C. Sterling*
ALINOR C. STERLING