# EXHIBIT D

```
                         D-1-GN-18-001835

NEIL HESLIN                       )
                                  ) IN DISTRICT COURT OF
VS.                               )
                                  ) TRAVIS COUNTY, TEXAS
ALEX E. JONES, INFOWARS,          )
LLC, FREE SPEECH SYSTEMS,         ) 261ST DISTRICT COURT
LLC, and OWEN SHROYER             )


                         D-1-GN-18-001842

LEONARD POZNER AND                )
VERNONIQUE DE LA ROSA             )
                                  ) IN DISTRICT COURT OF
VS.                               )
                                  ) TRAVIS COUNTY, TEXAS
ALEX E. JONES, INFOWARS,          )
LLC, and FREE SPEECH              ) 345TH DISTRICT COURT
SYSTEMS, LLC                      )


                         D-1-GN-18-006623

SCARLETT LEWIS                    )
                                  ) IN DISTRICT COURT OF
VS.                               )
                                  ) TRAVIS COUNTY, TEXAS
ALEX E. JONES, INFOWARS,          )
LLC, and FREE SPEECH              ) 98TH DISTRICT COURT
SYSTEMS, LLC                      )
```

## Page 2

```
 1
 2   ****************************************
 3              VIDEO DEPOSITION OF
 4                 BRITTANY PAZ
 5               FEBRUARY 14, 2022
 6   ****************************************
 7
 8       VIDEO DEPOSITION OF BRITTANY PAZ, produced as a
 9   Witness at the instance of the PLAINTIFFS and duly
10   sworn, was taken in the above-styled and numbered cause
11   on FEBRUARY 14, 2022, from 9:06 a.m. to 5:25 p.m.,
12   before Logan Kislingbury, Texas CSR, RPR, in and for
13   the State of Texas, reported by machine shorthand, at
14   the Law Offices of Kirker Davis, LLP, 8310-1 N. Capital
15   of Texas Hwy #350, Austin, Texas, pursuant to the Texas
16   Rules of Civil Procedure.
```

## Page 3

```
                A P P E A R A N C E S
FOR THE PLAINTIFFS:
Mr. Mark D. Bankston
Kaster, Lynch, Farrar & Ball, LLP
1117 Herkimer
Houston, Texas 77008
T: 713-221-8300
mark@fbtrial.com

Mr. William R. Ogden
Kaster, Lynch, Farrar & Ball, LLP
1117 Herkimer
Houston, Texas 77008
T: 713-221-8300
bill@fbtrial.com

FOR THE DEFENDANTS:

Ms. Jacquelyn Blott
Law Offices of Jacquelyn W. Blott
100 University Blvd., Suite 225 #251
Round Rock, Texas 78665
T: 512-639-9904
jblott@jblottlaw.com

ALSO PRESENT:

    Mr. Tim Bishop, Videographer
```

## Page 4

```
                       INDEX
                                                    PAGE
Appearances......................................... 3
BRITTANY PAZ
EXAMINATION BY MR. BANKSTON......................... 5
Changes and Signature............................. 402
Reporter's Certificate............................ 405
Reporter's Further Certification.................. 407
                      EXHIBITS
NO.          DESCRIPTION                             PAGE
Exhibit 1    David Knight E-mail..................... 72
Exhibit 2    David Knight E-mail..................... 73
Exhibit 3    Photos.................................. 93
Exhibit 4    Article................................ 113
Exhibit 5    Show Log............................... 131
Exhibit 6    Employee Records....................... 136
Exhibit 7    E-mail................................. 167
Exhibit 8    Research Binder........................ 212
Exhibit 9    Heslin Original Petition............... 216
Exhibit 10   Video Screenshot....................... 257
Exhibit 11   David Jones E-mail..................... 345
```

## Page 5

```
 1            BRITTANY PAZ,
 2   having first been duly sworn, testified as follows:
 3            THE VIDEOGRAPHER: This is the
 4   deposition of Brittany Paz. The date is February 14,
 5   2022 and the time is 9:06. May swear in the witness.
 6            MS. BLOTT: And before we get started,
 7   I'd like the record to reflect that I'm handing
 8   Mr. Bankston a check which represents the amount of the
 9   sanctions in the amount of 19,000-plus dollars, and
10   also that the deposition is being taken pursuant to the
11   protective orders entered in these causes of action.
12                    EXAMINATION
13   QUESTIONS BY MR. BANKSTON:
14      Q.  All right. Ma'am, can you tell us your name.
15      A.  Sure. My name is Brittany Paz, P-A-Z.
16      Q.  You are not an employee of Mr. Jones or Free
17   Speech Systems?
18      A.  No, I was contracted to be their corporate
19   representative in --
20      Q.  You've --
21      A.  -- connection with these depositions.
22      Q.  Excuse me, sorry.
23      A.  That's okay.
24      Q.  You've never been an employee of Mr. Jones or
25   Free Speech Systems?
```

**390**

1  Q. I'm not --
2  A. -- to do that, no. I didn't.
3  Q. I'm not suggesting that.
4  A. Okay.
5  Q. I'm just asking if that happened or not.
6  A. No.
7  Q. Okay. Okay. Did you review any
8  organizational chart for the company to tell you how it
9  was structured?
10  A. As far as reviewing a chart, no. I based my
11  conclusions on the organization of the company based on
12  my conversations with -- primarily with Melinda.
13  Q. Okay. Well, I'm -- the reason I'm concerned
14  is because I requested an organizational chart and I
15  didn't get one.
16  A. Okay.
17  Q. And then surprise, surprise, Lafferty
18  deposition, Kurt Nimmo Exhibit 7 is an organizational
19  chart of the company with everybody's roles and what
20  they do. And I'm wondering if you've ever seen that.
21  A. I don't recall seeing that. When you -- when
22  you say roles and what they do, you mean Free Speech,
23  who and which departments there are and who works in
24  each department and who is headed to each department?
25  No, I don't recall seeing that. I'm sorry.

**391**

1  Q. Okay. So in terms of seeing the company's
2  business structure, if there does exist in plaintiffs'
3  Exhibit 7 in the Lafferty deposition of Kurt Nimmo, an
4  organizational chart of the company, you -- you didn't
5  review that in trying to get ready for this topic?
6  A. No.
7  Q. Okay. Can you describe to me what InfoWars,
8  LLC is?
9  A. InfoWars, LLC, I don't think actually
10  conducts any business. I think it's just a holder. I
11  think all of the business is conducted through Free
12  Speech.
13  Q. You think that?
14  A. Actually, I know that. All the business is
15  --
16  Q. That's what -- I mean --
17  A. -- conducted through Free Speech. I don't
18  think InfoWars does any actual business. InfoWars,
19  LLC.
20  Q. Don't think it does?
21  A. It doesn't.
22  Q. Do you know it does?
23  A. Free Speech does all of the business.
24  Q. Because if -- if -- let me put it this way.
25  If you are saying to me right now, I know InfoWars, LLC

**392**

1  has never done any business, you'd be the first person
2  who'd be able to tell me that. Is that what you're
3  telling me today?
4  A. I don't know whether it's ever done any
5  business. I can tell you now it doesn't do any
6  business.
7  Q. No, I want to know for the entire pendency of
8  the suit did it do any business?
9  A. I -- I don't know how long that it's been,
10  but I can tell you right now it doesn't do any
11  business.
12  Q. Okay. I mean, like, for instance, I've --
13  when I first brought this, you know, years ago,
14  InfoWars, LLC is the entity listed on the InfoWars
15  website. InfoWars, LLC is the entity listed on the
16  terms of use for the website. Do you know anything
17  about that?
18  A. So I know that there's been a lot of
19  entanglement between the various LLCs. And there's
20  been efforts undergone to make everything more clear
21  and structured and organized. So -- and that's -- but
22  that's been in the last, you know, handful of years.
23      So I don't know how long InfoWars has not
24  been conducting any business for. I know that it's not
25  being conducted now under InfoWars, LLC.

**393**

1  Q. So we can say now, you understand -- right
2  now, you understand what the relationship between
3  InfoWars, LLC and Free Speech Systems is, which is
4  nothing, really, because InfoWars doesn't do anything;
5  right?
6  A. Right.
7  Q. Okay. But in terms of what it used to be,
8  during the periods of some of this lawsuit, what the
9  relationship between Free Speech Systems and InfoWars,
10  LLC is, that's not something you're prepared to
11  testify?
12  A. I don't know about that, no.
13  Q. Okay. Thanks. Can you tell me when is the
14  first time in the company that an employee expressed
15  there was a problem with InfoWars' coverage of Sandy
16  Hook?
17  A. Could you be more specific?
18  Q. Huh-uh. No, I want to know -- I mean, I want
19  to know any time this has happened. I would assume
20  that that's something that we've looked into.
21  A. I'm sorry. I've -- like I said, I've
22  reviewed a lot of documents. And if -- if you can
23  redirect me to a specific point in time, then that --
24  Q. No, because I want something -- here's --
25  here's the problem. So much of what you're telling me

## Page 402

```
                    CHANGES AND SIGNATURE
Witness NAME: BRITTANY PAZ
DATE OF DEPOSITION: FEBRUARY 14, 2022
PAGE    LINE    CHANGE                      REASON
____    ____    _____      _____
```

## Page 403

I, BRITTANY PAZ, have read the foregoing deposition and hereby affix my signature that same is true and correct, except as noted herein.

_____
BRITTANY PAZ

STATE OF              )
COUNTY OF             )

BEFORE ME, _____, on this day personally appeared BRITTANY PAZ, known to me (proved to me on the oath of _____ or through _____ (description of identity card or other document)) to be the person whose name is subscribed to the foregoing instrument and acknowledged to me same was executed for the purposes and consideration therein expressed.

Given under my hand and seal of office this _____ day of _____, _____.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF _____

## Page 404

```
                D-1-GN-18-001835
NEIL HESLIN                      )
                                 )  IN DISTRICT COURT OF
VS.                              )
                                 )  TRAVIS COUNTY, TEXAS
ALEX E. JONES, INFOWARS,         )
LLC, FREE SPEECH SYSTEMS,        )  261ST DISTRICT COURT
LLC, and OWEN SHROYER            )
                D-1-GN-18-001842
LEONARD POZNER AND               )
VERNONIQUE DE LA ROSA            )
                                 )  IN DISTRICT COURT OF
VS.                              )
                                 )  TRAVIS COUNTY, TEXAS
ALEX E. JONES, INFOWARS,         )
LLC, and FREE SPEECH             )  345TH DISTRICT COURT
SYSTEMS, LLC                     )

                D-1-GN-18-006623
SCARLETT LEWIS                   )
                                 )  IN DISTRICT COURT OF
VS.                              )
                                 )  TRAVIS COUNTY, TEXAS
ALEX E. JONES, INFOWARS,         )
LLC, and FREE SPEECH             )  98TH DISTRICT COURT
SYSTEMS, LLC                     )
```

## Page 405

REPORTER'S CERTIFICATION
DEPOSITION OF BRITTANY PAZ
FEBRUARY 14, 2022

I, LOGAN KISLINGBURY, Certified Shorthand Reporter in and for the State of Texas, hereby certify to the following:

That the Witness, BRITTANY PAZ, was duly sworn by the officer and that the transcript of the oral deposition is a true record of the testimony given by the Witness;

That the deposition transcript/errata sheet was submitted on _____ to the Witness or to the attorney for the Witness for examination, signature and return to me by _____;

That the amount of time used by each party at the deposition is as follows:
    Mr. Mark D. Bankston: 6 hours, 24 minutes
    Mr. William R. Ogden:
    Ms. Jacquelyn Blott:

That pursuant to information given to the deposition officer at the time said testimony was taken, the following includes Counsel for all parties of the record:

    Mr. Mark D. Bankston
    Mr. William R. Ogden
    Ms. Jacquelyn Blott

406

1   I further certify that I am neither Counsel for,
    related to, nor employed by any of the parties or
2   attorneys in the action in which this proceeding was
    taken, and further that I am not financially or
3   otherwise interested in the outcome of the action.
4       Certified to me by this _____ day of _____,
    _____.
5
6
            _____
7           LOGAN KISLINGBURY, Texas CSR 11388
            Expiration Date: 3-31-2022
8           Res Ipsa Litigation Support, LLC
            Firm Registration No. 11371
9           501 Congress Avenue, Suite 150
            Austin, Texas 78701
10          Tel: 512.334.6777
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

407

1                FURTHER CERTIFICATION
2
3       That $_____ is the deposition officer's charges
4   to the _____ for
5   preparing the original deposition transcript and any
6   copies of exhibits;
7       That the deposition was delivered in accordance
8   with Rule 203.3, and that a copy of this certificate
9   was served on all parties shown herein on _____
10  and filed with the Clerk.
11      Certified to by me this _____ day of _____,
12  _____
13
14          _____
            Res Ipsa Litigation Support, LLC
15          Firm Registration No. 11371
            501 Congress Avenue, Suite 150
16          Austin, Texas 78701
            Tel: 512.334.6777
17
18
19
20
21
22
23
24
25