# EXHIBIT E

```
NO. X06-UWY-CV-18-6046436S        )   SUPERIOR COURT
                                  )
ERICA LAFFERTY, ET AL,            )   COMPLEX LITIGATION DOCKET
                                  )
VS.                               )   AT WATERBURY
                                  )
ALEX EMRIC JONES, ET AL,          )   JUNE 23, 2021
                                  )
_____ )
                                  )
NO. X-06- UWY-CV18-6046437-S      )   SUPERIOR COURT
                                  )
WILLIAM SHERLACH,                 )   COMPLEX LITIGATION DOCKET
                                  )
VS.                               )   AT WATERBURY
                                  )
ALEX EMRIC JONES, ET AL.          )   JUNE 23, 2021
                                  )
_____ )
                                  )
NO. X06-UWY-CV-18-6046438S        )   SUPERIOR COURT
                                  )
WILLIAM SHERLACH, ET AL.,         )   COMPLEX LITIGATION DOCKET
                                  )
VS.                               )   AT WATERBURY
                                  )
ALEX EMRIC JONES, ET AL.          )   JUNE 23, 2021
```

------------------------------------

CONFIDENTIAL

ORAL AND VIDEOTAPED DEPOSITION OF

MICHEAL ZIMMERMANN

JUNE 23, 2021

------------------------------------

ORAL AND VIDEOTAPED DEPOSITION OF MICHEAL ZIMMERMANN, produced as a witness at the instance of the PLAINTIFF, and duly sworn, was taken in the above-styled and -numbered cause on JUNE 23, 2021, from 10:45 a.m. to 11:41 a.m., before

Micheal Zimmermann   Confidential
June 23, 2021

1  Rosalind Dennis, Notary in and for the State of Texas, reported
2  by machine shorthand, appearing remotely from Dallas, Texas,
3  pursuant to the Federal Rules of Civil Procedure and the
4  provisions stated on the record or attached hereto.
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

```
 1                    A P P E A R A N C E S
 2
 3   FOR THE PLAINTIFFS:
 4        CHRISTOPHER M. MATTEI, ESQ.
          MATTHEW S. BLUMENTHAL, ESQ.
 5        KOSKOFF KOSKOFF & BIEDER, PC
          350 Fairfield Avenue
 6        Bridgeport, Connecticut 06604
          Cmattei@koskoff.com
 7        mblumenthal@koskoff.com
          (203) 336-4421
 8
 9   FOR THE DEFENDANTS:
10        JAY MARSHALL WOLMAN, ESQ.
          RANDAZZA LEGAL GROUP
11        100 Pearl Street
          14th Floor
12        Hartford, Connecticut 06103
          jmw@randazza.com
13        (702) 420-2001
14
     ALSO PRESENT:
15        Joel Raguso - Videographer
16
17
18
19
20
21
22
23
24
25
```

1  received by Infowars Health, LLC?
2  [REDACTED]
3  [REDACTED]
4  Q.  Does Infowars Health, LLC have any employees?
5  A.  It does not.
6  Q.  Has it ever had any employees?
7  A.  It has not.
8  [REDACTED]
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Micheal Zimmermann    Confidential
June 23, 2021

1  ▮
2  ▮
3  ▮
4  ▮
5  ▮
6  ▮
7  ▮
8  ▮
9  ▮
10 ▮
11 ▮
12 ▮
13 ▮
14 ▮
15 ▮
16 ▮
17     Q.    Has it ever had any office space?
18     A.    It has not.
19 ▮
20 ▮
21     Q.    Has Infowars Health, LLC ever had any contracts with
22 any other person or entity?
23     A.    It has not.
24     Q.    Has -- apart from receiving money through the bank
25 account that you mentioned from Youngevity, has

```
 1  NO. X06-UWY-CV-18-6046436S      )  SUPERIOR COURT
                                    )
    ERICA LAFFERTY, ET AL,          )  COMPLEX LITIGATION DOCKET
                                    )
    VS.                             )  AT WATERBURY
                                    )
    ALEX EMRIC JONES, ET AL,        )  JUNE 23, 2021
                                    )
                                    )
    _____     )
                                    )
    NO. X-06- UWY-CV18-6046437-S    )  SUPERIOR COURT
                                    )
    WILLIAM SHERLACH,               )  COMPLEX LITIGATION DOCKET
                                    )
    VS.                             )  AT WATERBURY
                                    )
    ALEX EMRIC JONES, ET AL.        )  JUNE 23, 2021
                                    )
                                    )
    _____     )
                                    )
    NO. X06-UWY-CV-18-6046438S      )  SUPERIOR COURT
                                    )
    WILLIAM SHERLACH, ET AL.,       )  COMPLEX LITIGATION DOCKET
                                    )
    VS.                             )  AT WATERBURY
                                    )
    ALEX EMRIC JONES, ET AL         )  JUNE 23, 2021
15                    REPORTER'S CERTIFICATION
16                 DEPOSITION OF MICHEAL ZIMMERMANN
17                          JUNE 23, 2021
18
19      I, Rosalind Dennis, Notary in and for the State of Texas,
20  hereby certify to the following:
21      That the witness, MICHEAL ZIMMERMANN, was duly sworn by
22  the officer and that the transcript of the oral deposition is a
23  true record of the testimony given by the witness;
24      That the original deposition was delivered to
25  MR. BLUMENTHAL.
```

```
 1      That the amount of time used by each party at the
 2  deposition is as follows:
 3  MR. BLUMENTHAL    .....00 HOUR(S):48 MINUTE(S)
    MR. WOLMAN        .....00 HOUR(S):00 MINUTE(S)
 4
 5      That pursuant to information given to the deposition
 6  officer at the time said testimony was taken, the following
 7  includes counsel for all parties of record:
 8  Mr. Blumenthal                  Attorney for the Plaintiff.
 9  Mr. Wolman                      Attorney for the Defendant.
10      I further certify that I am neither counsel for, related
11  to, nor employed by any of the parties or attorneys in the
12  action in which this proceeding was taken, and further that I
13  am not financially or otherwise interested in the outcome of
14  the action.
15      Certified to by me this 5th day of July, 2021.
16
17
                                    _____
18                                  ROSALIND DENNIS
                                    Notary in and for the
19                                  State of Texas
                                    Notary:  129704774
20                                  My Commission Expires:  10/8/2022
                                    US LEGAL SUPPORT
21                                  8144 Walnut Hill Lane
                                    Suite 120
22                                  Dallas, Texas 75231
                                    214-741-6001
23                                  214-741-6821 (FAX)
                                    Firm Registration No. 343
24
25
```