# EXHIBIT F

```
NO. X06-UWY-CV-18-6046436S      )   SUPERIOR COURT
                                )
ERICA LAFFERTY, ET AL,          )   COMPLEX LITIGATION DOCKET
                                )
VS.                             )   AT WATERBURY
                                )
ALEX EMRIC JONES, ET AL,        )   JUNE 23, 2021
                                )
_____)
                                )
NO. X-06- UWY-CV18-6046437-S    )   SUPERIOR COURT
                                )
WILLIAM SHERLACH,               )   COMPLEX LITIGATION DOCKET
                                )
VS.                             )   AT WATERBURY
                                )
ALEX EMRIC JONES, ET AL.        )   JUNE 23, 2021
                                )
_____)
                                )
NO. X06-UWY-CV-18-6046438S      )   SUPERIOR COURT
                                )
WILLIAM SHERLACH, ET AL.,       )   COMPLEX LITIGATION DOCKET
                                )
VS.                             )   AT WATERBURY
                                )
ALEX EMRIC JONES, ET AL.        )   JUNE 23, 2021
```
---

CONFIDENTIAL

ORAL AND VIDEOTAPED DEPOSITION OF

MICHEAL ZIMMERMANN

JUNE 23, 2021

---

ORAL AND VIDEOTAPED DEPOSITION OF MICHEAL ZIMMERMANN, produced as a witness at the instance of the PLAINTIFF, and duly sworn, was taken in the above-styled and -numbered cause on JUNE 23, 2021, from 12:15 p.m. to 1:19 p.m., before Rosalind

Micheal Zimmermann   Confidential
June 23, 2021

1 Dennis, Notary in and for the State of Texas, reported by
2 machine shorthand, appearing remotely from Dallas, Texas,
3 pursuant to the Federal Rules of Civil Procedure and the
4 provisions stated on the record or attached hereto.

```
 1                A P P E A R A N C E S
 2
 3   FOR THE PLAINTIFFS:
 4       CHRISTOPHER M. MATTEI, ESQ.
         MATTHEW S. BLUMENTHAL, ESQ.
 5       KOSKOFF KOSKOFF & BIEDER, PC
         350 Fairfield Avenue
 6       Bridgeport, Connecticut 06604
         Cmattei@koskoff.com
 7       mblumenthal@koskoff.com
         (203) 336-4421
 8
 9   FOR THE DEFENDANTS:
10       JAY MARSHALL WOLMAN, ESQ.
         RANDAZZA LEGAL GROUP
11       100 Pearl Street
         14th Floor
12       Hartford, Connecticut 06103
         jmw@randazza.com
13       (702) 420-2001
14
     ALSO PRESENT:
15       Joel Raguso - Videographer
16
17
18
19
20
21
22
23
24
25
```

```
 1   information that would tend to indicate that the Sandy Hook
 2   shooting did not include 20 children being killed and six
 3   educators being killed?
 4               MR. WOLMAN:  Objection.
 5        A.   It doesn't hold any information about anything, that
 6   included.
 7        Q.   (BY MR. BLUMENTHAL)  So is that a no?
 8        A.   That's a no.
 9        Q.   And has Prison Planet TV, LLC ever had access to any
10   information that would tend to indicate that the Sandy Hook
11   shooting involved crisis actors?
12               MR. WOLMAN:  Objection.
13        A.   Prison Planet TV, LLC does not have access to any
14   information, no.
15        Q.   (BY MR. BLUMENTHAL)  So Prison Planet TV, LLC has no
16   bases -- withdrawn.
17               All right.  So does Prison Planet TV, LLC have
18   employees?
19        A.   It does not.
20        Q.   Has it ever?
21        A.   It has not.
22   [REDACTED]
23   [REDACTED]
24   [REDACTED]
25   [REDACTED]
```

Micheal Zimmermann   Confidential
June 23, 2021

```
 1      Q.   (BY MR. BLUMENTHAL)  And Prison Planet TV, LLC
 2  directly and financially benefited from all programming on
 3  prisonplanet.tv, including Alex Jones Sandy Hook related
 4  programming?
 5           MR. WOLMAN:  Objection.
 6      A.   That's correct.
 7      Q.   (BY MR. BLUMENTHAL)  What does Prison Planet mean?
 8      A.   The company has no knowledge of that.
 9      Q.   Has Prison Planet TV, LLC had any purpose since
10  September of 2018 when the PayPal service ceased?
11      A.   It has not.
12  [REDACTED]
13  [REDACTED]
14  [REDACTED]
15  [REDACTED]
16  [REDACTED]
17  [REDACTED]
18  [REDACTED]
19  [REDACTED]
20  [REDACTED]
21  [REDACTED]
22  [REDACTED]
23  [REDACTED]
24  [REDACTED]
25  [REDACTED]
```

Micheal Zimmermann   Confidential
June 23, 2021

```
 1      Q.   Okay.  All right.  Who owns Prison Planet TV, LLC?
 2      A.   Alex Jones.
 3      Q.   Does anyone besides Alex Jones have any ownership or
 4  control at Prison Planet TV, LLC?
 5      A.   No.
 6      Q.   Does Prison Planet TV, LLC own any part of any other
 7  entity?
 8      A.   No.
 9      Q.   And so Alex Jones has complete control over Prison
10  Planet TV, LLC?
11      A.   Yes.  He's the -- the sole owner and managing member
12  of Prison Planet TV, LLC.
13      Q.   And he's always had complete control over Prison
14  Planet TV, LLC?
15               MR. WOLMAN:  Objection.
16      A.   I believe so, unless there is something filed in
17  error and correct at a later point.
18      Q.   (BY MR. BLUMENTHAL)  Okay.  And Alex Jones has
19  always had complete control over Prison Planet TV, LLC's policy
20  and business practice?
21               MR. WOLMAN:  Objection.
22      A.   That's correct.
23      Q.   (BY MR. BLUMENTHAL)  And if Alex Jones wanted to do
24  something through or with Prison Planet TV, LLC, there is no
25  one who can tell him no, correct?
```

```
 1  NO. X06-UWY-CV-18-6046436S      )   SUPERIOR COURT
                                    )
    ERICA LAFFERTY, ET AL,          )   COMPLEX LITIGATION DOCKET
                                    )
    VS.                             )   AT WATERBURY
                                    )
    ALEX EMRIC JONES, ET AL,        )   JUNE 23, 2021
                                    )
    _____     )
                                    )
    NO. X-06- UWY-CV18-6046437-S    )   SUPERIOR COURT
                                    )
    WILLIAM SHERLACH,               )   COMPLEX LITIGATION DOCKET
                                    )
    VS.                             )   AT WATERBURY
                                    )
    ALEX EMRIC JONES, ET AL.        )   JUNE 23, 2021
                                    )
    _____     )
                                    )
    NO. X06-UWY-CV-18-6046438S      )   SUPERIOR COURT
                                    )
    WILLIAM SHERLACH, ET AL.,       )   COMPLEX LITIGATION DOCKET
                                    )
    VS.                             )   AT WATERBURY
                                    )
    ALEX EMRIC JONES, ET AL.        )   JUNE 23, 2021
15                    REPORTER'S CERTIFICATION
16               DEPOSITION OF MICHEAL ZIMMERMANN
17                         JUNE 23, 2021
18
19       I, Rosalind Dennis, Notary in and for the State of Texas,
20  hereby certify to the following:
21       That the witness, MICHEAL ZIMMERMANN, was duly sworn by
22  the officer and that the transcript of the oral deposition is a
23  true record of the testimony given by the witness;
24       That the original deposition was delivered to
25  MR. BLUMENTHAL.
```

```
 1        That the amount of time used by each party at the
 2   deposition is as follows:
 3   MR. BLUMENTHAL    .....00 HOUR(S):51 MINUTE(S)
     MR. WOLMAN        .....00 HOUR(S):04 MINUTE(S)
 4
 5        That pursuant to information given to the deposition
 6   officer at the time said testimony was taken, the following
 7   includes counsel for all parties of record:
 8   Mr. Blumenthal                  Attorney for the Plaintiff.
 9   Mr. Wolman                      Attorney for the Defendant.
10        I further certify that I am neither counsel for, related
11   to, nor employed by any of the parties or attorneys in the
12   action in which this proceeding was taken, and further that I
13   am not financially or otherwise interested in the outcome of
14   the action.
15        Certified to by me this 5th day of July, 2021.
16
17
                             _____
18                           ROSALIND DENNIS
                             Notary in and for the
19                           State of Texas
                             Notary:  129704774
20                           My Commission Expires:  10/8/2022
                             US LEGAL SUPPORT
21                           8144 Walnut Hill Lane
                             Suite 120
22                           Dallas, Texas 75231
                             214-741-6001
23                           214-741-6821 (FAX)
                             Firm Registration No. 343
24
25
```