**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| ERICA LAFFERTY; DAVID WHEELER; FRANCINE WHEELER; JACQUELINE BARDEN; MARK BARDEN; NICOLE HOCKLEY; IAN HOCKLEY; JENNIFER HENSEL; JEREMY RICHMAN; DONNA SOTO; CARLEE SOTO-PARISI; CARLOS M. SOTO; JILLIAN SOTO; AND WILLIAM ALDENBERG,<br><br>Plaintiffs,<br><br>v.<br><br>ALEX EMRIC JONES; FREE SPEECH SYSTEMS, LLC,<br><br>Defendants. | ADV. PROC. NO. 22-05019<br><br>RE: ECF NO. 9 |

### ORDER GRANTING AMENDED MOTION FOR ORDER SHORTENING NOTICE PERIOD, AND SCHEDULING EXPEDITED HEARING ON PLAINTIFFS' MOTION FOR REMAND

The plaintiffs having filed an Amended Motion for Order to Shorten Notice Period and Scheduling Expedited Hearing (the "Amended Motion to Expedite"), ECF No. 9, in connection with the Motion for Remand (ECF No. 5) and it appearing that there is sufficient cause to grant the relief sought in the Amended Motion to Expedite, it is hereby

ORDERED: The Amended Motion to Expedite is granted; and it is further

ORDERED: A hearing to consider the Motion for Remand will be held on August 10, 2022 at 2:00 p.m. at the U. S. Bankruptcy Court, 915 Lafayette Boulevard., Room 123, Courtroom, Bridgeport, Connecticut 06604; and it is further

ORDERED: Objections to the Motion for Remand shall be filed by 5:00 p.m. on August 8, 2022, and any reply shall be filed by 5:00 p.m. on August 9, 2022.

Dated at Bridgeport, Connecticut this 5th day of August, 2022.



Julie A. Manning
United States Bankruptcy Judge
District of Connecticut