# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0205–5 | User: admin | Date Created: 8/5/2022 |
| Case: 22–05019 | Form ID: pdfdoc2 | Total: 24 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
| | |
|---|---|
| pla | Erica Lafferty |
| pla | David Wheeler |
| pla | Francine Wheeler |
| pla | Jacqueline Barden |
| pla | Mark Barden |
| pla | Nicole Hockley |
| pla | Ian Hockley |
| pla | Jennifer Hensel |
| pla | Jeremy Richman |
| pla | Donna Soto |
| pla | Carlee Soto–Parisi |
| pla | Carlos Soto |
| pla | Jillian Soto |
| dft | Alex Emric Jones |
| dft | Free Speech Systems, LLC |
| pla | William Aldenberg |
| pla | Richard M. Coan |

TOTAL: 17

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| aty | Alinor C. Sterling | asterling@koskoff.com |
| aty | Christopher Mattei | cmattei@koskoff.com |
| aty | Eric S. Goldstein | egoldstein@goodwin.com |
| aty | Jessica Signor | jsignor@goodwin.com |
| aty | Norm Pattis | npattis@pattisandsmith.com |

TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | |
|---|---|---|---|---|
| ust | U. S. Trustee | Office of the U.S. Trustee | Giaimo Federal Building | 150 Court Street, Room 302   New Haven, CT 06510 USA |
| ust | U. S. Trustee Region 1 | Office of The United States Trustee | 446 Main Street, 14th Floor | Worcester, MA 01608 USA |

TOTAL: 2