**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| ERICA LAFFERTY; DAVID WHEELER; FRANCINE WHEELER; JACQUELINE BARDEN; MARK BARDEN; NICOLE HOCKLEY; IAN HOCKLEY; JENNIFER HENSEL; JEREMY RICHMAN; DONNA SOTO; CARLEE SOTO-PARISI; CARLOS M. SOTO; JILLIAN SOTO; AND WILLIAM ALDENBERG, <br><br> Plaintiffs, <br><br> v. <br><br> ALEX EMRIC JONES; AND FREE SPEECH SYSTEMS, LLC <br><br> Defendants. | ADV. PROC. NO. 22-05019 <br><br> August 9, 2022 |

## **MOTION TO ADJOURN HEARING UNTIL THREE P.M.**

The undersigned requests that the hearing in this matter set for 2 p.m. on August 10, 2022 be adjourned until 3 p.m. the same day.

In support hereof, the undersigned represents as follows:

1. I received notice of a requirement to attend a brief virtual hearing in the Superior Court for the State of Connecticut at 2 p.m. on Wednesday August 10, 2022. I am represented by counsel in the matter but have been informed I am obligated to attend.
2. The aforesaid hearing was initially set for 2 p.m.
3. I received notice of the change in time mid-day today.
4. Although pro hoc vice counsel has moved for admission in this case and will be prepared to argue at 2 p.m., I am currently the only counsel of record and cannot be in two places at once. I am concerned that if the pro hoc vice motion is not granted, my client will suffer prejudice if I am not present in the Bankruptcy Court to argue the pending motions. In the event the pro hoc vice motion is granted, the undersigned will send an associate to the Bankruptcy Court to appear with pro hoc vice counsel.

5. The Superior Court hearing should be over in time sufficient for the undersigned to appear in Bankruptcy Court by 3 p.m.

WHEREFORE, the undersigned requests adjournment of the Bankruptcy Proceedings until 3 p.m.

Date: August 9, 2022                                                            Respectfully Submitted,

**DEFENDANTS AND DEBTORS**

By: /s/ Norman A Pattis /s/
Norman A Pattis
PATTIS & SMITH, LLC
383 Orange Street
New Haven, CT 06511
P: 203-393-3017
F: 203-393-9745
discovery@pattisandsmith.com


-and-


R. J. Shannon (*pro hac vice* pending)
SHANNON & LEE LLP
700 Milam Street STE 1300
Houston, TX 77002
Tel.: 713-714-5770
Fax: 833-714-5770
Email: rshannon@shannonleellp.com

**ORDER**

The foregoing having been heard; it is hereby ordered:

**GRANTED / DENIED**

_____
Judge/Clerk

**CERTIFICATE OF SERVICE**

    I hereby certify that on the date of filing, a true and correct copy of the foregoing document was served by U.S.P.S. and, where indicated, email on the following parties:

Attn: Eric Goldstein, Jessica M. Signor
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06013
egoldstein@goodwin.com
jsignor@goodwin.com

Attn: Alinor C. Sterlin, Christopher Mattei, Matthew Blumenthal
Koskoff Koskoff & Bieder
350 Fairfield Avenue
Bridgeport, CT 06604
asterling@koskoff.com
cmattei@koskoff.com
mblumenthal@koskoff.com

Attn: Kyung Lee, R. J. Shannon
Parkins Lee & Rubio LLP
700 Milam Street STE 1300
klee@parkinslee.com
rjshannon@parkinslee.com

Attn: Eric Henzy
Zeisler & Zeisler P.C.
10 Middle Street, 15th Floor
Bridgeport, CT 06604
ehenzy@zeislaw.com

Attn: Mario Kenneth Cerame
Brignole & Bush LLC
73 Wasworth Street
Hartford, CT 06106
mcerame@brignole.com

Jordan & Ortiz, P.C.
500 N. Shoreline Blvd. Suite 900
Corpus Christi, Texas 78401
sjordan@jhwclaw.com

Attn: Ray Bataglia
Law Office of Ray Battaglia, PLLC
66 Granburg Circle
San Antonio, TX
rbattaglialaw@outlook.com

Genesis Communications Network, Inc.
Attn. Officer, Managing Agent or Agent for Service
190 Cobblestone Lane
Burnsville, MN 55337

3

The undersigned further certifies that a copy of this motion was served on the Defendants Alex Jones and Free Speech Systems by priority U.S. mail. Out of respect for the Defendants' oft-stated interests, the undersigned does not list their addresses.

*/s/ Norman A. Pattis /s/*
Norman A. Pattis