UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ERICA LAFFERTY; DAVID WHEELER; FRANCINE WHEELER; JACQUELINE BARDEN; MARK BARDEN; NICOLE HOCKLEY; IAN HOCKLEY; JENNIFER HENSEL; JEREMY RICHMAN; DONNA SOTO; CARLEE SOTO-PARISI; CARLOS M. SOTO; JILLIAN SOTO; AND WILLIAM ALDENBERG,<br><br>Plaintiffs,<br><br>v.<br><br>ALEX EMRIC JONES; FREE SPEECH SYSTEMS, LLC,<br><br>Defendants. | ADV. PROC. NO. 22-05019<br><br>AUGUST 10, 2022 |

## MOTION FOR REMOTE HEARING AND BRIEF CONTINUANCE DUE TO POSITIVE COVID TEST

The Court has scheduled a hearing on an expedited basis on the plaintiffs' Motion for Remand (ECF No.5), which is currently scheduled for today, August 10, 2022 at 3:00 p.m.[1] Attorney Alinor Sterling was preparing to make the plaintiffs' presentation to the Court in connection with the Motion for Remand. However, Attorney Sterling tested positive for COVID-19 yesterday evening at 10:30 p.m.

Despite Attorney Sterling's illness, the plaintiffs still wish to proceed with the remand hearing as soon as possible, but require a brief continuance to provide Attorney Sterling a day to

---

[1] The hearing was originally scheduled for 2:00 p.m. Earlier today, the Court continued the hearing to 3:00 p.m. per the request filed yesterday, August 9, 2022, by counsel for Free Speech Systems, LLC and Alex Jones.

1

manage the illness and for another attorney to prepare the presentation in the event Attorney Sterling cannot proceed due to worsening symptoms.

The plaintiffs have alerted Attorney Pattis, counsel for Free Speech Systems, LLC and Alex Jones, to these issues.

WHEREFORE, the plaintiffs respectfully request the following relief:

1. That the hearing on the Motion for Remand be continued to August 11, 2022 or August 12, 2022 at a time convenient for the Court.

2. That the hearing be fully remote.

Respectfully submitted this 10th day of August, 2022 at Bridgeport, Connecticut.

By:    /s/ *Alinor C. Sterling*
Alinor C. Sterling (Fed. Bar No. ct17207)
Christopher M. Mattei (Fed. Bar No. ct27500)
Koskoff, Koskoff & Bieder PC
350 Fairfield Avenue
Bridgeport, CT 06604
Telephone: (203) 336-4421
Facsimile: (203) 368-3244
Email: asterling@koskoff.com
         cmattei@koskoff.com
*Counsel for the Plaintiffs*[2]

By:    /s/ *Eric Goldstein*
Eric Goldstein (Fed. Bar No. ct27195)
Jessica M. Signor (Fed. Bar No. ct30066)
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06013
Telephone: (860) 251-5000
Facsimile: (860) 251-5218
Email: egoldstein@goodwin.com
         jsignor@goodwin.com
*Counsel for the Individual Plaintiffs*[3]

---

[2] Koskoff, Koskoff & Bieder represents all of the plaintiffs, including Richard M. Coan solely in his capacity as Chapter 7 Trustee of the bankruptcy estate of Erica L. Garbatini.

[3] In connection with this proceeding, Shipman & Goodwin LLP represents David Wheeler, Francine Wheeler, Jacqueline Barden, Mark Barden, Nicole Hockley, Ian Hockley, Jennifer Hensel, Donna Soto, Carlee Soto-Parisi,

**CERTIFICATE OF SERVICE**

I hereby certify that on August 10, 2022, a copy of foregoing Motion for Remote Hearing and Brief Continuance Due to Positive COVID Test was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by First Class mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ *Alinor C. Sterling*
ALINOR C. STERLING
CHRISTOPHER M. MATTEI

/s/ *Eric Goldstein*
ERIC GOLDSTEIN
JESSICA M. SIGNOR

---

Carlos Mathew Soto, Jillian Soto, William Aldenberg, William Sherlach, and Robert Parker (collectively, the "Individual Plaintiffs").

3