**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| ERICA LAFFERTY; DAVID WHEELER; FRANCINE WHEELER; JACQUELINE BARDEN; MARK BARDEN; NICOLE HOCKLEY; IAN HOCKLEY; JENNIFER HENSEL; JEREMY RICHMAN; DONNA SOTO; CARLEE SOTO-PARISI; CARLOS M. SOTO; JILLIAN SOTO; AND WILLIAM ALDENBERG, <br><br> Plaintiffs, <br><br> v. <br><br> ALEX EMRIC JONES; AND FREE SPEECH SYSTEMS, LLC <br><br> Defendants. | ADV. PROC. NO. 22-05019 <br><br> August 10, 2022 |

## MOTION TO EXTEND AUTOMATIC STAY TO ATTORNEY NORMAN A. PATTIS

Pursuant to 11 U.S.C. § 362 undersigned counsel, Norman A. Pattis, respectfully requests the Court extend the automatic stay provisions to him. The stay should be extended to undersigned counsel pending the disposition of pending disciplinary proceedings initiated by the Court in the Connecticut civil matter.

In support of this motion undersigned states the following:

1. Undersigned serves as counsel for the defendants Alex Jones and Free Speech Systems, LLC, in both the instant bankruptcy proceeding and the Connecticut civil matter which has been stayed as to Free Speech Systems, LLC – *Erica*

*Lafferty, et al v. Alex Jones, et al.* docket #UWY-CV18-6046436, pending in Connecticut Superior Court in the Judicial District of Waterbury, before the Honorable Judge Bellis.

2. On August 4, 2022, in the Connecticut civil matter, Judge Bellis issued an order, requiring undersigned counsel to appear on August 10, 2022 at 2:00 p.m., to show cause as to whether he should be referred to disciplinary authorities or sanctioned by the Court directly…"regarding the purported release of medical records of the plaintiffs, in violation of state and federal statute and [the] court's protective order, to unauthorized individuals." See, Court Order attached hereto as Exhibit 1.

3. The potential of disciplinary action against undersigned counsel presents a bevy of ethical issues in his representation of the defendants, along with a potential conflict of interest that may necessitate the withdrawal of undersigned's appearance in the Connecticut civil matter.

4. The Civil matter has been stayed because it is in the fundamental interests of the debtor to do so.

5. Extending the stay to undersigned counsel is necessary to protect those same interests and ensure equity and justice for the debtor.

WHEREFORE, for all the forgoing reasons, undersigned counsel Norman A. Pattis, respectfully requests that this Court extend the Automatic Stay to him in order to protect the interests of the debtor in the Connecticut civil matter.

Respectfully submitted this 10th day of August, 2022 at Bridgeport, Connecticut.

**DEFENDANTS AND DEBTORS**

By: /s/ Norman A. Pattis /s/
Norman A. Pattis, Esq.
PATTIS & SMITH, LLC
383 Orange Street
New Haven, CT 06511
P: 203-393-3017
F: 203-393-9745
discovery@pattisandsmith.com

## ORDER

The foregoing having been heard; it is hereby ordered:

**GRANTED / DENIED**

_____
Judge/Clerk

# EXHIBIT 1

|  |  |
|---|---|
| DOCKET NO: UWYCV186046436S | ORDER 421277<br>SUPERIOR COURT |
| LAFFERTY, ERICA Et Al<br>V.<br>JONES, ALEX EMRIC Et Al | JUDICIAL DISTRICT OF WATERBURY<br>AT WATERBURY<br><br>8/4/2022 |

### ORDER

The following order is entered in the above matter:

ORDER:

Attorney Andino Reynal, juris number 443753, is ordered to show cause and appear, in person, at a hearing on Wednesday, August 17, 2022 at 10:00 a.m., as to whether he should be referred to disciplinary authorities or sanctioned by the court directly, see Connecticut Practice Book Section 2-45, regarding the purported release of medical records of the plaintiffs, in violation of state and federal statute and this court's protective order, to unauthorized individuals. While these three consolidated lawsuits between the parties are presently pending in the bankruptcy courts, this disciplinary matter is directed to counsel and not the parties, such that the court has jurisdiction to address the disciplinary issues. The clerk is directed to notify Chief Disciplinary Counsel, Brian Staines, of the show cause hearing, and is instructed to immediately provide him with a copy of this order.

Judicial Notice (JDNO) was sent regarding this order.

421277

Judge: BARBARA N BELLIS

This document may be signed or verified electronically and has the same validity and status as a document with a physical (pen-to-paper) signature. For more information, see Section I.E. of the *State of Connecticut Superior Court E-Services Procedures and Technical Standards* (https://jud.ct.gov/external/super/E-Services/e-standards.pdf), section 51-193c of the Connecticut General Statutes and Connecticut Practice Book Section 4-4.

## CERTIFICATE OF SERVICE

I hereby certify that on the date of filing, a true and correct copy of the foregoing document was served by U.S.P.S. and, where indicated, email on the following parties:

Attn: Eric Goldstein, Jessica M. Signor
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06013
egoldstein@goodwin.com
jsignor@goodwin.com

Attn: Alinor C. Sterlin, Christopher Mattei, Matthew Blumenthal
Koskoff Koskoff & Bieder
350 Fairfield Avenue
Bridgeport, CT 06604
asterling@koskoff.com
cmattei@koskoff.com
mblumenthal@koskoff.com

Attn: Kyung Lee, R. J. Shannon
Parkins Lee & Rubio LLP
700 Milam Street STE 1300
klee@parkinslee.com
rjshannon@parkinslee.com

Attn: Eric Henzy
Zeisler & Zeisler P.C.
10 Middle Street, 15th Floor
Bridgeport, CT 06604
ehenzy@zeislaw.com

Attn: Mario Kenneth Cerame
Brignole & Bush LLC
73 Wasworth Street
Hartford, CT 06106
mcerame@brignole.com

Jordan & Ortiz, P.C.
500 N. Shoreline Blvd. Suite 900
Corpus Christi, Texas 78401
sjordan@jhwclaw.com

Attn: Ray Bataglia
Law Office of Ray Battaglia, PLLC
66 Granburg Circle
San Antonio, TX
rbattaglialaw@outlook.com

Genesis Communications Network, Inc.
Attn. Officer, Managing Agent or Agent for Service
190 Cobblestone Lane
Burnsville, MN 55337

The undersigned further certifies that a copy of this motion was served on the Defendants Alex Jones and Free Speech Systems by priority U.S. mail. Out of respect for the Defendants' oft-stated interests, the undersigned does not list their addresses.

/s/ Norman A. Pattis /s/
Norman A. Pattis

4