ct136 04/2019

# United States Bankruptcy Court

## District of Connecticut



In re:

William Aldenberg, Jacqueline Barden, Mark Barden, Richard M. Coan, Jennifer Hensel, Ian Hockley, Nicole Hockley, Erica Lafferty, Jeremy Richman, Carlos Soto, Donna Soto, Jillian Soto, Carlee Soto-Parisi, David Wheeler, Francine Wheeler
Plaintiff(s)

v

Alex Emric Jones, Free Speech Systems, LLC
Defendant(s)

Adversary Proceeding
No: 22-5019

## ORDER GRANTING MOTION FOR ADMISSION OF VISITING ATTORNEY

A Motion for admission for Attorney Robert J. Shannon to appear as a visiting attorney was filed on August 9, 2022 (the "Motion", ECF No. 12), by local counsel, Attorney Norman A. Pattis (the "Sponsoring Attorney"). As the Motion satisfies the requirements of D. Conn. L. Civ. R. 83.1(c), as incorporated by D. Conn. LBR 1001-1(b); it is hereby

**ORDERED:** Attorney Robert J. Shannon is hereby admitted *pro hac vice* for the purposes of this adversary proceeding only. *Pro hac vice* admission in the underlying bankruptcy case may be approved upon filing of such motion in the bankruptcy case; and it is further

**ORDERED:** The Sponsoring Attorney is not excused from attendance in court pursuant to D. Conn. L. Civ. R. 83.1(d)(2).

Dated: August 11, 2022

BY THE COURT

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

*For the purposes of this order, "Debtor" means "Debtors" where applicable.